```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 38672
   TEAYONIA J CANNON
   KENON A WHITE                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4134     SSN XXX-XX-2742


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/20/2005 and was confirmed 11/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  19.80%.

     The case was paid in full 11/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED            .00           .00           .00
AT & T BANKRUPCTY         UNSECURED         741.44           .00        146.81
FIRST NORTHERN CREDIT UN  SECURED          8150.00        798.21       8150.00
FIRST NORTHERN CREDIT UN  UNSECURED        3017.44           .00        597.45
GATEWAY                   SECURED           500.00         49.01        500.00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1138.88          .00        225.50
CHARTER ONE BANK          UNSECURED        NOT FILED         .00           .00
CITY OF CHICAGO PARKING   UNSECURED          200.00          .00         39.60
ECAST SETTLEMENT CORP     UNSECURED         1234.68          .00        244.47
CREDIT FIRST NATIONAL AS  UNSECURED        NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         4833.56          .00        957.04
ECAST SETTLEMENT CORP     UNSECURED         1073.16          .00        212.49
HARRIS & HARRIS           UNSECURED        NOT FILED         .00           .00
INTEGRATED LEASING CORP   NOTICE ONLY      NOT FILED         .00           .00
LINCOLN PARK ORAL & COSM  UNSECURED        NOT FILED         .00           .00
MBNA AMERICA              UNSECURED        NOT FILED         .00           .00
NATIONWIDE CREDIT INC     UNSECURED        NOT FILED         .00           .00
NIPSCO UTILITY            UNSECURED        NOT FILED         .00           .00
ORCHARD BANK              UNSECURED        NOT FILED         .00           .00
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED         .00           .00
TFC BANKING & SERVICE     NOTICE ONLY      NOT FILED         .00           .00
ROUNDUP FUNDING LLC       UNSECURED         2111.19          .00        418.02
ECAST SETTLEMENT CORP     UNSECURED          862.87          .00        170.85
AT & T BANKRUPCTY         UNSECURED        NOT FILED         .00           .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED         .00           .00
CREDIT FIRST              UNSECURED         1143.47          .00        226.41
PORTFOLIO RECOVERY ASSOC  UNSECURED         3990.47          .00        790.11
AMERICAN EXPRESS TRAVEL   UNSECURED         3987.46          .00        789.52
ECAST SETTLEMENT CORP     UNSECURED         2191.56          .00        433.93
TRIAD FINANCIAL CORP      SECURED NOT I        .00           .00           .00
TIMOTHY K LIOU            DEBTOR ATTY      1,953.20                    1,953.20
TOM VAUGHN                TRUSTEE                                      1,126.38

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 38672 TEAYONIA J CANNON & KENON A WHITE
```

```
DEBTOR REFUND            REFUND                                    204.66

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 18,033.66

PRIORITY                                            .00
SECURED                                        8,650.00
    INTEREST                                     847.22
UNSECURED                                      5,252.20
ADMINISTRATIVE                                 1,953.20
TRUSTEE COMPENSATION                           1,126.38
DEBTOR REFUND                                    204.66
                       ---------------    ---------------
TOTALS                  18,033.66             18,033.66
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 02/26/09              _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                              PAGE    2
        CASE NO. 05 B 38672 TEAYONIA J CANNON & KENON A WHITE